IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND
2008 APR -8 P 12: 08
CLERK'S OFFICE
AT BALTIMORE
BY_____DEPUTY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| v. | * | Criminal No. WMN-90-0454 |
| NORMAN BROWN<br>MELVIN FORD<br>JEFFREY A. REID<br>MICHAEL S. SMITH<br>WALTER SMITH<br>PAUL WINESTOCK, JR. | *<br>*<br>*<br>* | |

* * * * * *

### ORDER

The Court is in receipt of a request from the Office of the Federal Public Defender that said Office be appointed to represent the defendants for the limited purpose of briefing the Court on their eligibility for a sentence reduction under 18 U.S.C. § 3582 if their offense involved more than 4.5 kilograms of crack cocaine. That Office further requests an additional extension of time to submit a brief on the defendants' eligibility for a reduction. IT IS this 7th day of April, 2008, ORDERED, that

1. The Office of the Federal Public Defender is appointed to represent Melvin Ford, Jeffrey A. Reid, Michael Smith, Walter Smith, and Paul Winestock, Jr. for this limited purpose (the Office was previously appointed to represent Norman Brown for this limited purpose);

2. The defendants' brief shall be filed within fourteen days of receipt from U.S. Probation of the amended calculations and presentence reports for Paul Winestock,

        Michael Smith, Jeffrey Reid, and Melvin Ford;

3.     The Government's response shall be filed within fourteen days of receipt of the defendant's brief; and

4.     Any reply shall be filed within seven days of receipt of the defendant's brief.

                                                              */s/*
                                              William N. Nickerson
                                            Senior United States District Judge