OFFICE OF THE FEDERAL PUBLIC DEFENDER
DISTRICT OF MARYLAND
NORTHERN DIVISION
TOWER II, SUITE 1100
100 SOUTH CHARLES STREET
BALTIMORE, MARYLAND 21201-2705
TEL: (410) 962-3962
FAX: (410) 962-0872

RECEIVED IN THE CHAMBERS OF
WILLIAM M. NICKERSON
JUN 2 6 2008
UNITED STATES DISTRICT COURT

JAMES WYDA
FEDERAL PUBLIC DEFENDER

DENISE C. BARRETT
ASSISTANT FEDERAL PUBLIC DEFENDER

**Hand-delivery**

June 25, 2008

Honorable William M. Nickerson
United States District Judge
United States District Court
 for the District of Maryland
101 West Lombard Street
Chambers 3C
Baltimore, Maryland 21201

    Re:    Case No: WMN-90-454

        *United States v. Norman Brown*
        *United States v. Melvin Ford*
        *United States v. Jeffrey A. Reid*
        *United States v. Michael S. Smith*
        *United States v. Walter Smith*
        <u>*United States v. Paul Winestock, Jr.*</u>

Dear Judge Nickerson:

    I am writing to request that the Court consider the defendants' s eligibility to seek a sentence reduction ripe for decision either after a hearing or on the basis of defendants's memorandum. The government has defaulted on its obligation to comply with the Court's April 8, 2008 scheduling order. Under the terms of that order, the government had 14 days to respond to the defendant's briefing on the question of the defendants's eligibility to seek a sentence reduction. Defendants's memorandum was filed on May 9, 2008. To date, the government has filed no responsive memorandum and no request for an extension of time.

    On June 6, 2008, I alerted Assistant United States Attorney Barbara Sale that the government's response was late. On June 17, 2008, I made further inquiry to AUSA Barbara Skalla about the government's intention to file a brief. Ms. Skalla informed me that the government had gotten its "signals crossed" on who was responsible for preparing the government's pleading. I also understood that Ms. Skalla was in trial, but would be seeking an

Honorable William M. Nickerson
June 25, 2008
Page 2

extension of time to file the government's response. As of this time, I have not seen a request for an extension of time.

    In light of the amount of time that this matter has been pending already, I would request that the Court simply decide on the papers before it whether the defendants are eligible to seek a reduction in sentence.

    Thank you for your attention to this matter.

                              Very truly yours,

                              Denise C. Barrett
                              Assistant Federal Public Defender

DCB/kdw

cc:    All defendants
        Barbara Sale, AUSA, Chief Criminal Division
        Barbara Skalla, AUSA
        Estelle Santana, USPO, Senior Deputy
        Court file
        Paresh Patel, FPD Staff Attorney
        Sapna Mirchandani, FPD Staff Attorney