

U.S. Department of Justice

United States Attorney
District of Maryland
Southern Division

RECEIVED IN THE CHAMBERS OF
WILLIAM M. NICKERSON
JUL 3 0 2008
UNITED STATES DISTRICT COURT

| | | |
|---|---|---|
| *Rod J. Rosenstein*<br>*United States Attorney*<br><br>*Barbara S. Skalla*<br>*Assistant United States Attorney* | *400 United States Courthouse*<br>*6500 Cherrywood Lane*<br>*Greenbelt, MD 20770-1249* | *DIRECT: 301-344-4130*<br>*MAIN: 301-344-4433*<br>*FAX: 301-344-4516*<br>*TTY/TDD: 301-344-2426*<br>*Barbara.Skalla@usdoj.gov* |

July 28, 2008

The Honorable William M. Nickerson
United States District Judge
United States Courthouse
101 West Lombard Street
Baltimore, Maryland 21201

    Re: U.S. v. Winestock, et al.
        Criminal No. WMN-90-454

Dear Judge Nickerson:

    The government's responses to the pending § 3582(c) motions are currently due. Because responses to all of these motions in this district have been filed for the most part by two AUSA's in our office, I was not aware initially that the Winestock motions would be assigned to me. I would greatly some additional time to become familiar with the materials and collect the relevant data from the very old files. Consequently, I respectfully request an extension of time, until August 8, 2008, by which to file our responses.

                Very Truly Yours,

                Rod J. Rosenstein
                United States Attorney

            By: *[signature]*
                Barbara S. Skalla
                Assistant United States Attorney

cc: Denise Barrett, AFPD

" APPROVED " THIS 30th DAY OF July, 2008
*[signature]*
SENIOR UNITED STATES DISTRICT JUDGE